

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FREDDIE LEE TAYLOR | CIVIL ACTION NO. 08-1913 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR |
| WARDEN, WINN CORRECTIONAL CENTER | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiff's Notice of Appeal [13] is accepted as TIMELY.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2nd day of February 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE